UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:  CHAPTER 13
Bernard L. Pennington III  CASE NO. 17-50135-MBM
  Honorable Marci B. McIvor

    **Debtor**

_____/

# ORDER ADJOURNING HEARING REGARDING CONFIRMATION

This cause came before the Court on the stipulation of the parties for entry of an Order Adjourning Hearing, and this Court, having reviewed the stipulation and being otherwise fully advised in the premises, and having concluded that cause exists for the entry of this Order, it is hereby ORDERED:

> (only those boxes checked apply):
> ☐ Motion to Dismiss Case     **X Confirmation of Plan**
> ☐ Plan Modification
> ☐ Motion for Relief From Stay as to creditor _____
> ☐ Motion or Loan Mod
> ☐ Objection to Proof of Claim of creditor _____
> ☐ Other _____

is adjourned *from* September 7, 2017 at 11:00 a.m. *to* November 30, 2017 at 11:00 a.m.

> It is further ORDERED (only those boxes checked apply):
> ☐ Debtor shall be 100% current in plan payments, pursuant to the trustee's records, on or before _____.
> **X DEBTOR SHALL FILE WITH THE IRS AND THE STATE OF MICHIGAN AND PROVIDE A COPY OF HIS 2013 STATE AND FEDERAL TAX RETURNS TO**

| **THE TRUSTEE NO LATER THAN OCTOBER 5, 2017.** |
| --- |
| **X  If any of the foregoing is not completed by the date specified, the case may be dismissed without further notice or hearing upon the filing of an Affidavit of Default by the Trustee.**
☐  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing of an Affidavit of Default by Creditor, _____
☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Denying the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.
☐  If any of the foregoing is not completed by the date specified, the Court may enter an Order Granting the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____. |

**Signed on September 08, 2017**

/s/ Marci B. McIvor

**Marci B. McIvor
United States Bankruptcy Judge**